United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Creek Valley Farms Swope, Warren E., Mary  
    Debtor

Case No. 10-06658-RNO  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 1    Date Rcvd: Jun 01, 2017  
Form ID: ntrevtfr    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
```
db             +Creek Valley Farms Swope,Warren E., Mary E., Kevin,    438 Patterson Run Road,
                 MConnellsburg, PA 17233-8975
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
```
              Brian H Smith    on behalf of Creditor    Town & Country Leasing, LLC BHS@JSDC.COM, cls@jsdc.com
              David H Ealy    on behalf of Debtor Creek Valley Farms  Swope,Warren E., Mary E., Kevin S.
               dealy@trevettlaw.com,    sgoodlein@trevettlaw.com
              Kathryn Leanne Mason    on behalf of Creditor    Farmers and Merchants Trust Company of
               Chambersburg klm@jsdc.com,    cls@jsdc.com;eaf@jsdc.com
              Kimberly A Bonner    on behalf of Creditor    Farmers and Merchants Trust Company of Chambersburg
               amps@manleydeas.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,    PA39@ecfcbis.com
              Michael K. English    on behalf of Witness Richard   Petkus menglish@co.butler.pa.us
              Robert L Knupp    on behalf of Debtor Creek Valley Farms  Swope,Warren E., Mary E., Kevin S.
               rknupp@sasllp.com,
               gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
              Thomas I Puleo    on behalf of Creditor    United States of America, acting through the Farm
               Service Agency (FSA), United States Department of Agriculture tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Creditor    Agricultural Commodities Inc tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Creek Valley Farms Swope, Warren E., Mary E., Kevin S. | Chapter | 12 |
| Debtor(s) | Case No. | 1:10–bk–06658–RNO |

## Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015–6 a discharge will not be entered for debtor unless a Certification in Support of Discharge is filed. Only Certifications filed on or after the date plan payments were completed are valid, certifications filed before that date must be refiled.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 1, 2017 |