```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                    Case No. 10-06658-RNO
Creek Valley Farms Swope,Warren E., Mary                                  Chapter 12
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 1              Date Rcvd: Jul 10, 2017
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
db           +Creek Valley Farms Swope,Warren E., Mary E., Kevin,   438 Patterson Run Road,
               MConnellsburg, PA 17233-8975

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:
              Brian H Smith    on behalf of Creditor    Town & Country Leasing, LLC BHS@JSDC.COM, cls@jsdc.com
              David H Ealy    on behalf of Debtor Creek Valley Farms  Swope,Warren E., Mary E., Kevin S.
               dealy@trevettlaw.com,    sgoodlein@trevettlaw.com
              Kathryn Leanne Mason    on behalf of Creditor    Farmers and Merchants Trust Company of
               Chambersburg klm@jsdc.com,    cls@jsdc.com;eaf@jsdc.com
              Kimberly A Bonner    on behalf of Creditor    Farmers and Merchants Trust Company of Chambersburg
               amps@manleydeas.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Michael K. English    on behalf of Witness Richard  Petkus menglish@co.butler.pa.us
              Robert L Knupp    on behalf of Debtor Creek Valley Farms  Swope,Warren E., Mary E., Kevin S.
               rknupp@sasllp.com,
               gkeene@sasllp.com;kkrone@sasllp.com;sappleby@sasllp.com;patmcbride38@msn.com;mvaneck@sasllp.com
              Thomas I Puleo    on behalf of Creditor    United States of America, acting through the Farm
               Service Agency (FSA), United States Department of Agriculture tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Creditor    Agricultural Commodities Inc tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Creek Valley Farms Swope, Warren E., Mary E., Kevin S.  Chapter 12
438 Patterson Run Road  Case No. 1:10−bk−06658−RNO
MConnellsburg, PA 17232

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
23−2939594

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

Dated: July 10, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk